UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

SHAQUILLE HUGHES                    )
                                    )
        Plaintiffs,                 )
                                    )
        vs.                         )        CAUSE NO.: 2:20-CV-345
                                    )
THE CITY OF GARY POLICE             )
DEPARTMENT, and OFFICER TERRY       )
PECK                                )
                                    )
        Defendants.                 )

## STIPULATION OF DISMISSAL WITH PREJUDICE OF
## PLAINTIFF'S CLAIMS AGAINST ALL DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff and Defendants, by their

respective counsel, herewith stipulate to the dismissal, with prejudice, of all claims made by the

Plaintiff herein against all Defendants in this action, to wit: The City of Gary Police Department

and Officer Terry Peck.

**For Plaintiff Shaquille Hughes**


/s/Russell W. Brown, Jr.
Russell W. Brown, Jr. 29628-64
KING, BROWN, & MURDAUGH, LLC
9211 Broadway
Merrillville, Indiana 46410

**For Defendant The City of Gary Police Department**


/s/ Rodney Pol, Jr.
Rodney pol, Jr., 29430-49
City of Gary, Indiana
Corporation Counsel
401 Broadway, Suite 104
Gary, IN 46410

**For Defendant Terry Peck**


/s/ Ricardo Hall
Ricardo Hall, 19103-53
KOPKA, PINKUS, DOLIN, PC
9801 Connecticut Drive
Crown Point, Indiana 46410

**<u>CERTIFICATE OF SERVICE</u>**

     I certify that a true and accurate copy of the foregoing Stipulation of Dismissal Disclosures was served via the Case Management/Electronic Case Filing system maintained by the Untied States District Court for the Northern District of Indiana on this 30th day of April, 2021.

                                      <u>/s/ Russell W. Brown, Jr.</u>
                                        Russell W. Brown, Jr.